# EXHIBIT B

5

*INTERROGATORIES Depositions for Disclosure & Discovery*
ALLEGED DEBT COLLECTOR/CREDITOR DISCLOSURE STATEMENT
Re "Offer of Performance"

## This statement and the answers contained herein may be used by the Issuer & Maker, if necessary, in any court of competent jurisdiction

### Respondent's Interrogatories for Alleged Creditor

<u>Notice</u>: **This Debt is Hereby Disputed - Please Cease and Desist all communications with Respondent unless and until you have accepted and provided proof of claim and under penalty of perjury and in full acceptance of your commercial liability.**

This Debt Collector/Creditor Disclosure Statement is not a substitute for, nor the equivalent of, the hereinabove-requested verification of the record, i.e. "*Confirmation of correctness, truth, or authenticity, by affidavit, oath, or deposition*" (<u>Black's Law Dictionary</u>, Sixth Edition, 1990), re the alleged debt, and must be completed in accordance with the *Fair Debt Collection Practices Act*, 15 USC § 1692g and the Freedom of Information Act 5 USCA § 552, applicable portions of *Truth in Lending (Regulation Z),* 12 CFR 226 Contract Disclosure and UCC 1-308, and demands as cited above in Offer of Performance. Debt Collector/Creditor must make all required disclosures clearly and conspicuously in writing re the following:

This statement and the answers contained herein may be used by Respondent, if necessary, in any court of competent jurisdiction.

### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
### NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

Respondent: REGINA BOSTON
Re Account No: #92621222
Alleged Amount: $64.69
Alleged Creditor: Bay Area Credit Service

1. NAME OF ALLEGED DEBT COLLECTOR/CREDITOR:

   ..............................................................................................................................

2. Address of Debt Collector/Creditor: ...................................

   ................................................................................................

3. Correct Lawful Name of Living Being, alleged Debtor/Obligor:

4. Are you required to register with the United States Department of Treasury as a financial institution?

5. *Please provide the Documents that certify that you are a financial institution registered with the federal* government through the United States Department of Treasury.     YES     NO

6. Provide me with your Registered Agent that you are authorized to collect alleged debt

7. Address of alleged Debtor/Obligor:

8. Alleged Account Number:

9. Alleged debt owed:  $_____

10. Date alleged debt became payable:

    .............................................................................................

11. What is the name and address of the alleged Original Creditor who actually provided funds to the alleged Debtor/Obligor, if different from alleged Debt Collector/Creditor?

   .......................................................................................................................................................

   .......................................................................................................................................................

   .......................................................................................................................................................

   .......................................................................................................................................................

12. If Debt Collector/Creditor is different from alleged Original Creditor, does Debt Collector/Creditor have a bona fide affidavit of assignment with the signature of the alleged Debtor/Obligor as an assignment for entering into alleged original contract between alleged Original Creditor and alleged Debtor/Obligor? YES NO

13. Did Debt Collector/Creditor purchase this alleged account from the alleged Original Creditor?
   YES    NO    N/A (Not Applicable)

14. Are you the holder of the Original note/contract?    YES    NO

15. Are you the holder in due course of the Original Note and or Contract and if so please provide front and back copies of the original contract and or note.

16. If applicable, provide the date of purchase of this alleged account from alleged Original Creditor, purchase amount, and a copy of the original transaction:

Date: ......................................................................................................

Amount: $......................................................................................

17. Did Debt Collector/Creditor purchase this alleged account from a previous debt Collector/Creditor?
   YES    NO    N/A (Not Applicable)

18. If applicable, provide the date of purchase this alleged account from previous debt Collector/Creditor, purchase amount, and a copy of the original transaction:

Date: ......................................................................................................

Amount: $......................................................................................

19. Regarding this alleged account, Debt Collector/Creditor is currently the:
   Owner;        (b) Assignee;        (c) Other-explain:

   .......................................................................................................................................................

   .......................................................................................................................................................

   .......................................................................................................................................................

   .......................................................................................................................................................

20. What are the terms of the transfer of rights in re this alleged account?

..........................................................................................................................................
..........................................................................................................................................
..........................................................................................................................................
..........................................................................................................................................
..........................................................................................................................................
..........................................................................................................................................
..........................................................................................................................................
..........................................................................................................................................

21. If applicable, transfer of rights re this alleged account was executed by the following method:

Assignment;     Negotiation;     Novation;     Other - explain:

..........................................................................................................................................
..........................................................................................................................................
..........................................................................................................................................
..........................................................................................................................................

22. If the transfer of rights re this alleged account was by assignment, was there consideration?

YES   NO   N/A (Not Applicable)

23. What is the nature and cause of the consideration cited in #21 above?

..........................................................................................................................................
..........................................................................................................................................
..........................................................................................................................................
..........................................................................................................................................

24. If the transfer of rights re this alleged account was by negotiation, was the alleged account taken for value?

YES     NO     N/A (Not Applicable)

25. What is the nature and cause of any value cited in #23 above?

..........................................................................................................................................
..........................................................................................................................................
..........................................................................................................................................
..........................................................................................................................................

26. If the transfer of rights re this alleged account was by novation, was consent given by alleged

Debtor/Obligor?     YES     NO     N/A (Not Applicable)

27. What is the nature and cause of any consent cited in #25 above?

..........................................................................................................................................
..........................................................................................................................................
..........................................................................................................................................
..........................................................................................................................................

28. Has the alleged Debt Collector/Creditor provided alleged Debtor/Obligor with the requisite **_verification_** of

the alleged debt as required by the **_Fair Debt Collection Practices Act_**?

YES    NO

29. Date said verification cited above in #27 was provided to alleged Debtor/Obligor with official copy and certification that it was sent to alleged Debtor/Obligor:

...................................................................................

30. Was said verification cited above in #27 in the form of a sworn or affirmed oath, affidavit, or deposition?

YES    NO

31. Verification cited above in #27 was provided alleged Debtor/Obligor in the form of :

OATH    AFFIDAVIT    DEPOSITON

32. Does Debt Collector/Creditor have knowledge of any claim(s)/Defense(s) re this alleged account?

YES    NO

33. What is the nature and cause of any claim(s)/defense(s) re this alleged account?

...........................................................................................................................................

...........................................................................................................................................

...........................................................................................................................................

...........................................................................................................................................

34. Does Debt Collector/Creditor receive Letter of Credit Financing from a major financial institution to run its operational budget?            YES    NO

35. Please provide the 1096 and 1098 Tax Returns for this account.

36. Please provide the 1099 OID and the 1099 INT forms for this account.

37. Are you [Alleged Creditor] the payor or the recipient on the 1099 OID forms?        YES    NO

38. Does this account operate as a pooling and servicer agreement?    YES    NO

39. Are you [Alleged Creditor] in this contract serving in the status of a pooler or servicer for the Original Lender?    YES    NO

40. Have you [Alleged Creditor] ever received any benefit from a third party financial institution due to the alleged contract with the alleged obligor?    YES    NO

41. Have you [Alleged Creditor] ever received stocks, bonds, securities or any other commercial items from any third party institutions in respect to the alleged contract with the obligor? YES    NO

42. Are there any stocks, bonds, or securities attached to the contract between you [Alleged Creditor] and the alleged obligor?            YES    NO

43. If the answer to the former question is yes could you please provide the CUSIP number for the said financial instrument?        CUSIP: ......................................................

44. Is this account connected to any Trust agreements?        YES    NO

45. Please provide the trust account number and the name of the trust and the name of the indentured trustee, who is handling and paying the interest on the certified securities on the Depository Trust Corporation relative to this account.

Trust Account #: .................................. Name of Trust: .....................................

46. Is this account in any way connected to any financial and or securities fraud?        YES    NO

Case 3:13-cv-00583-GCM   Document 1-2   Filed 10/18/13   Page 5 of 8

47. Please provide certified copies of the N-8A registration filed pursuant to section 8A of the Investment Company Act of 1940, the 10 K annual report, the S-3 registration statement and the S-4 prospective filed pursuant to Rule 425 (b) 5 with the Securities and Exchange Commission under section 13 & 15 (d) of the Securities and Exchange Act of 1934 in reference to this account and any certificated or un-certificated stocks, bonds, securities, or other financial instruments associated with this account.

48. Was alleged Debtor/Obligor provided with a loan by Debt Collector/Creditor?   YES   NO

49. If the alleged Debtor/Obligor was provided with a loan does the Debt Collector/Creditor have proof that assets were provided from the financial institution to the alleged obligor. Please provide certified copies, front and back of all documentary proof.

50. Was alleged Debtor/Obligor sold any products/services by Debt Collector/Creditor?   YES   NO

51. What is the nature and cause of any products/services cited above in # 49?

..........................................................................................................................................................
..........................................................................................................................................................
..........................................................................................................................................................
..........................................................................................................................................................

52. Does there exist, a verifiable, bona fide, original commercial instrument [note or contract] between alleged Debt Collector/Creditor and alleged Debtor/Obligor containing alleged Debtor/Obligor's bona fide signature?   YES   NO

53. What is the nature and cause of any verifiable commercial instrument cited above in # 51?

..........................................................................................................................................................
..........................................................................................................................................................
..........................................................................................................................................................
..........................................................................................................................................................

54. Does there exist, verifiable evidence of an exchange of a benefit or detriment between Debt Collector/Creditor and alleged Debtor/Obligor?        YES        NO

55. What is the nature and cause of this evidence of an exchange of a benefit or detriment as cited above in # 53?

..........................................................................................................................................................
..........................................................................................................................................................
..........................................................................................................................................................
..........................................................................................................................................................

56. Have any charge-offs been made by any creditor or debt Collector/Creditor regarding this alleged account?
          YES      NO

57. Have any insurance claims been made by any creditor or debt Collector/Creditor regarding this alleged account?   YES      NO

58. Have any tax write-offs been made by any creditor or debt Collector/Creditor regarding this alleged account?   YES      NO

59. Have any tax deductions been made by any creditor or debt Collector/Creditor regarding this alleged account?   YES     NO

60. Have any valid judgments been obtained by any creditor or debt Collector/Creditor regarding this alleged account?   YES     NO

61. At the time the alleged original contract was executed, were all parties apprised of the meaning of the terms and conditions of said alleged original contract and was full disclosure of the nature of the contract provided to the alleged obligor?   YES       NO

62. At the time the alleged original contract was executed, were all parties advised of the importance of consulting a licensed Legal professional before executing the alleged contract?   YES       NO

63. At the time the alleged original contract was executed, were all parties apprised that said alleged contract was a private credit Instrument?   YES       NO

ENCLOSED DOCUMENTATION:
AFFIDAVIT AND INTERROGATORIES - CERTIFIED MAIL # 7012 3050 0001 8819 7127

Debt Collector/Creditor's failure, both intentional and otherwise, in completing/answering points "1" through "62" above and returning this Debt Collector/Creditor Disclosure Statement, as well as providing Maker with the requisite *verification* validating the hereinabove-referenced alleged debt, constitutes Debt Collector/Creditor's tacit agreement that Debt Collector/Creditor has no verifiable, lawful, bona fide claim re the hereinabove-referenced alleged account, and that Debt Collector/Creditor tacitly agrees that Debt Collector/Creditor waives all claims against Maker and indemnifies and holds Maker harmless against any and all costs and fees heretofore and hereafter incurred and related re any and all collection attempts involving the hereinabove—referenced alleged account.

Declaration: The Undersigned hereby declares under penalty of perjury of the laws of this State that the statements made in this Debt Collector/Creditor Disclosure Statement are true and correct in accordance with the Undersigned's best firsthand knowledge and belief.

Date: 8/11/2013    Printed Name of Signatory: Regina Botta

_____
Official Title of Signatory
Collector/Creditor

_____
Authorized Signature for Debt

Debt Collector/Creditor must timely complete and return this Debt Collector/Creditor Disclosure Statement, along with all required documents referenced in said Debt Collector/Creditor Disclosure Statement. Debt Collector/Creditor's claim will not be considered if any portion of this Debt Collector/Creditor Disclosure Statement is not completed and timely returned with all required documents, which specifically includes the requisite *verification*, made in accordance with law and codified in the *Fair Debt Collection Practices Act* at 15 USC § 1692, Freedom of Information Act 5 USCA § 552 et seq., and which states in relevant part: "*A debt Collector/Creditor may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt,*" which includes "*the false representation of the character, or legal status of any debt,*" and "*the threat to take any action that cannot legally be taken,*" all of which are violations of law.

If Debt Collector/Creditor does not respond as required by law, Debt Collector/Creditor's claim will not be considered and Debt Collector/Creditor may be liable for damages for any continued collection efforts, as well as any other injury sustained by Maker of this Document. Please allow thirty (30) days for processing after Respondents receipts of Debt Collector/Creditor's response.